Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | Case No.<br><br>**DECLARATION OF ▮▮▮▮▮▮▮▮**<br>**A/K/A "JANE DOE"** |

I, ▮▮▮▮▮▮▮▮, do declare and say:

1. I am the Plaintiff in the above-captioned action. I submit this declaration in support of the motion to proceed by the pseudonym "Jane Doe."

2. Through this action, I have alleged that I am disabled and was a victim of sexual harassment and discrimination by Sacramento County Sheriff's Department Deputy Patrick Wilson.

3. I wish to maintain my privacy and not to be publicly named in this action.

4. I believe that the issues in this litigation are highly sensitive and personal in nature, such that the public disclosure of my identity would raise a serious risk of further emotional and psychological harm.

5. I do not believe that proceeding by a pseudonym will be prejudicial to Defendants in this case, since I have already disclosed my identity to Defendants prior to filing this action, including when I appeared for an internal affairs interview conducted by the Sacramento County Sheriff's Department and

1

**DECLARATION OF ▮▮▮▮▮▮▮ A/K/A "JANE DOE"**
*Doe v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____

when I submitted a government claim to the County of Sacramento and Sacramento County Sheriff's Department. Additionally, I will disclose my identity to Defendants during the course of this litigation, including during discovery proceedings.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the December _1_, 2022, at Sacramento, California.

 ███████
a/k/a "Jane Doe"

2

**DECLARATION OF** ███████ **A/K/A "JANE DOE"**
*Doe v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____