UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants. | Case No. 2:22-cv-02172-TLN-AC<br><br>**ORDER GRANTING PLAINTIFF JANE DOE'S *EX PARTE* MOTION TO PROCEED BY PSEUDONYM** |

GOOD CAUSE and special circumstances appearing, the Court GRANTS Plaintiff's *ex parte* motion to proceed by pseudonym "Jane Doe."

IT IS SO ORDERED.

Dated: December 7, 2022

_____
Troy L. Nunley
United States District Judge

1

**ORDER GRANTING PLAINTIFF JANE DOE'S *EX PARTE* MOTION TO PROCEED BY PSEUDONYM**